In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Real Property, etc., Situated Along the Westerly and Northerly Shores of Jamaica Bay, in the Borough of Brooklyn, in the City of New York, at Bergen Beach and Adjacent to Paerdegat Basin, etc., for the Construction of a Marginal Street, Wharf or Place Thereon, Pursuant to Plans Heretofore Determined upon by the Commissioner of Docks and Approved by the Commissioners of the Sinking Fund. WARREN LESLIE and Others, Appellants; THE CITY OF NEW YORK, Respondent; ARTHUR J. W. HILLY, Intervenor.— Motions for reargument denied, without costs. Motions for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 449.] The following question is certified: On the record, did the Supreme Court have the power to make the order herein as modified by the Appellate Division? Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

ALEX NAPACH, an Infant, by MARY NAPACH, His Guardian ad Litem, Respondent, v. H. M. REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

THE BOWERY SAVINGS BANK, Respondent, v. MEL & SONS, INC., Appellant, and MARTHA WASHINGTON APTS., INC., and Others, Defendants, and BARNETT J. NOVA, Receiver, Respondent.—Appeals from order dated March 1, 1936, settling the account of the receiver in a foreclosure action and directing that the balance in his hands, after the payment of commissions and attorney's fees, be turned over to plaintiff; from order of April 1, 1936, as amended on reargument, in so far as it adheres to the original decision and denies the motion of defendant Mel & Sons, Inc., in all other respects; and from order dated April 15, 1936, in so far as it directs that the motion for resettlement of the order of April 1, 1936, be in all other respects denied. Orders affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

ABRAHAM CANTOR, Respondent, v. VIM ELECTRIC Co., INC., Appellant.— Plaintiff, a painter employed by defendant, was injured by the collapse of a scaffold by reason of a defective support. He brought an action for damages, claiming the right to do so in as much as defendant had not provided insurance as required by the Workmen's Compensation Law. Two of the issues litigated on the trial were whether plaintiff was in fact an employee of defendant and whether there was insurance coverage. The trial court, which passed upon the facts as well as upon the law, decided both issues in favor of plaintiff and gave judgment in his favor. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.